# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| WILEY H. JUSTICE, M.D., | : | |
| Plaintiff, | : | |
| vs. | : | CA 10-0624-KD-C |
| PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY, et al., | : | |
| | : | |
| Defendants. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 8, 2011, is **ADOPTED** as the opinion of this Court.

**DONE** this 3rd day of March, 2011.

 s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

1